# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144174 & (14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROUMMEL JEROME INGRAM,
      Defendant-Appellant.

SC:  144174
COA:  302663
Oakland CC:  2005-203497-FC

_____/

On order of the Court, the application for leave to appeal the October 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

s0618